FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

00 MAR 27 PM 12:54

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| WILLIAM DON BRYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 98-AR-3167-S |
| HOME BOX OFFICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED
MAR 27 2000

**MEMORANDUM OPINION**

Plaintiff, William Don Bryan ("Bryan"), alleges that defendant, Home Box Office, Inc. ("HBO"), violated the Americans with Disabilities Act ("ADA"). Based on the timing of Bryan's two EEOC charges, his complaint, his own assertions in his deposition and his first amended complaint, it appeared that Bryan was making two separate claims: (1) that HBO violated the ADA when it terminated him in September of 1997, and (2) that it unlawfully "regarded" him as disabled when it did not rehire him in October of 1998. However, exchanges between Bryan's lawyer and HBO's lawyer during Bryan's deposition as well as Bryan's brief in response to HBO's motion for summary judgment suggested that Bryan was only complaining of HBO's failure to rehire him in October of 1998.

This court held oral argument on HBO's motion for summary judgment in order to clear up any confusion about what Bryan's



claim(s) is/are. Counsel for Bryan stated unequivocally that Bryan is claiming **only** that HBO violated the ADA when it impermissibly "regarded" him as disabled and failed to rehire him in October of 1998. Counsel made it equally clear that Bryan is **not** alleging that HBO violated the ADA when it terminated him pursuant to company policy in September of 1997, following Bryan's 26 weeks of short term disability leave.

After determining that Bryan is making only one claim, namely, for HBO's failure to rehire him, the court heard the parties' arguments on the merits of HBO's motion for summary judgment. Based on the evidence submitted and on the oral argument, the court will by separate order deny defendant's motion for summary judgment.

DONE this 27th day of March, 2000.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE